CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 0 2010

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TALIAFERRO, | ) |
| Plaintiff, | ) Case No. 7:10CV00201 |
| v. | ) FINAL ORDER |
| WALLENS RIDGE STATE PRISON, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous; plaintiff's motion to proceed in forma pauperis is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 20th day of May, 2010.

/s/ Glen E. Conrad
United States District Judge